# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JAMES HARRELL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CHARLES DANIELS,<br><br>　　　　Respondent. | 1:11-CV-00204 AWI GSA HC<br><br>ORDER DIRECTING RESPONDENT TO RE-SERVE ANSWER ON PETITIONER [Doc. #14]<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On May 19, 2011, Respondent filed an answer to the petition for writ of habeas corpus. Although the proof of service on the answer states Petitioner was served with a copy by mail, Petitioner states he has not yet received a copy of the answer. Accordingly, IT IS HEREBY ORDERED that Respondent is DIRECTED to re-serve the answer on Petitioner within ten (10) days. In addition, Petitioner is GRANTED thirty (30) days from the date of service of the answer to file his traverse.

　　IT IS SO ORDERED.

　　Dated:　June 27, 2011　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE